**Order entered February 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00058-CR
### No. 05-13-00059-CR

**WILLIAM SNOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-35377-S & F11-35664-S**

## ORDER

The Court has before it a Motion to Abate the appeal due to the death of William Snow that was filed on February 19, 2014 by Snow's counsel. Snow's counsel represents in the motion that correspondence to Snow was returned with the notation he was deceased. Attached to the motion is an affidavit from the probation officer of the 282nd Judicial District Court stating records from the Dallas County Probation Office indicate it received a copy of Snow's death certification. Accordingly, pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** this appeal. *See* TEX. R. APP. P. 7.1(a)(2).

/s/     ROBERT M. FILLMORE
        JUSTICE